IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY WONSER**<br>　　　　　*Plaintiff,*<br>v.<br>**CHARLES L. NORMAN,** *et al.*<br>　　　　　*Defendants.* | Case No.: 2:24-cv-02160<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth A. Preston Deavers |
| **NOTICE OF WAIVER OF SERVICE** ||

　　　Plaintiff Jeffrey Wonser respectfully gives notice that Defendants have waived service. Executed waivers for Defendant Norman, Defendant Wilson, and Defendant Stickrath are attached.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/Brian D. Bardwell*
　　　　　　　　　　　　　　　　　　　Speech Law LLC
　　　　　　　　　　　　　　　　　　　Brian D. Bardwell (0098423)
　　　　　　　　　　　　　　　　　　　1265 West Sixth Street, Suite 400
　　　　　　　　　　　　　　　　　　　Cleveland, OH 44113-1326
　　　　　　　　　　　　　　　　　　　216-912-2195 Phone/Fax
　　　　　　　　　　　　　　　　　　　brian.bardwell@speech.law
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Jeffrey Wonser*