IN THE UNITED STATES DISTRICT COURT
SORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WONSER,<br>　　　　　*Plaintiff,*<br>v.<br>CHARLES L. NORMAN, *et al.,*<br>　　　　　*Defendants..* | Case No.: 2:24-cv-02160<br><br>Judge Sarah D. Morrison<br>Magistrate Judge Elizabeth A. Preston Deavers |
| FED. R. CIV. P. 4(D) WAIVER OF THE SERVICE OF SUMMONS | |

To Brian D. Bardwell:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 6, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

*/s/ [signature]*　　　on behalf of Charles L. Norman　　　5/21/2024
Signature of the attorney or unrepresented party　　　Date:

Chad M. Kohler (0074179)
Printed name

Ohio Attorney General's Office, 30 E. Broad St., 26th Floor, Columbus, OH 43215
Address

chad.kohler@OhioAGO.gov
E-mail address

(614) 466-5861
Telephone number

**PLAINTIFF'S EXHIBIT 1**