EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

03 DEC -8 PM 5: 42

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| Anthony Zucco, | Case Number C2-01-1270 |
| Plaintiff, | Judge Algernon Marbley |
| -vs- | Magistrate Judge Abel |
| Franklin Caltrider, et al., | Notice of Dismissal |
| Defendants. | |

The matter having be resolved by and among the parties in accordance with the settlement agreement brokered by the Court, Plaintiffs hereby dismiss this action with prejudice.

Respectfully submitted,

**RAYMOND VASVARI** (0055538)
Legal Director, American Civil Liberties
 Union of Ohio Foundation, Inc.
Max Wohl Civil Liberties Center
4506 Chester Avenue
Cleveland, Ohio 44103-3621
Telephone 216-472-2220
Telecopier 216-472-2210

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was served today, December 4, 2003, by First Class United States Mail, postage prepaid, upon Peter M. Thomas, Assistant Attorney General, 30 East Broad Street, 26th Floor, Columbus, Ohio 43215, counsel for the Defendants.

Raymond Vasvari (0055538)
Counsel for the Plaintiff