IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY WONSER,**<br>*Plaintiff,*<br>v.<br>**CHARLES L. NORMAN,** *et al.*,<br>*Defendants.* | Case No.: 2:24-cv-02160<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth A. Preston Deavers |
| **UNOPPOSED MOTION FOR AN EXTENSION OF TIME** ||

Plaintiff Jeffrey Wonser respectfully moves for an extension of time to oppose Defendants' motion for judgment on the pleadings. Defendants' motion raises a number of complex issues that have divided courts across the country and require thorough briefing by the current deadline of November 1. However, Plaintiffs' counsel is preparing for a trial in the Northern District scheduled for the weeks of October 13 and 20, leaving him with sharply reduced time to prepare this brief.

Mr. Wonser therefore requests an additional 14 days—until November 15, 2025—to file his brief opposing Defendants' motion for judgment on the pleadings.

Defendants do not oppose this motion.

                                            Respectfully submitted,

                                            */s/Brian D. Bardwell*
                                            Brian D. Bardwell (0098423)
                                            Speech Law, LLC
                                            4403 Saint Clair Ave, Suite 400
                                            Cleveland, OH 44103-1125
                                            216-912-2195 Phone/Fax
                                            brian.bardwell@speech.law
                                            *Attorney for Plaintiff Jeffrey Wonser*

**CERTIFICATE OF SERVICE**

I certify that on October 3, 2024, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(1).

/s/Brian D. Bardwell
Brian D. Bardwell (0098423)
*Attorney for Plaintiff Jeffrey Wonser*