**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Wednesday, September 8, 2021 10:56 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Green, Sarah; Hunter, Kevin; Keathley, Pamela; Lohr, Janet; Monst, Allie; Riggins, Devon; Simkins, Julie; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |

**Importance:**     High

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Wednesday, September 8, 2021 10:50 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Wednesday, September 8, 2021 9:40 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 1BAD AB<br><br>Denied | 9983 | Swearword<br>One bad *ss boy<br><br>Similar plates reviewed: | N/A | 1 bad *ss boy. | ▇ | 1.Contains words, combinations and/or phrases (in |

PLAINTIFF'S
EXHIBIT
**2**

WONSER_000014

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>FINE ASS 8/27/21<br>DUMBAZZ 8/23/21<br>AZZ CIKR 8/17/21<br>DEADA55 8/9/21<br>B4DASS 8/2/21<br>ZAYMTA3 7/12/21<br>BADAZ2 7/2/21<br>FKNBDAS 7/1/21<br>IETA55 6/29/21<br>LARDAZZ 6/15/21<br>1EATA55 6/14/21<br>BDAZME 6/7/21<br>BAD AZ VW 6/3/21<br>BADSAS 6/1/21<br>EJOH SSA 5/28/21<br>AZOL 1 5/24/21<br>B ASS B 5/24/21<br>KSMYGAS 5/3/21<br>NYCEAZZ 5/3/21<br>KISSAS 4/19/21<br>ZZA TA3 3/23/21<br>LAR JASS 1/13/21<br>ELOHZZA 1/12/20<br>GRBNASS 12/23/20<br>KSMYAUS 12/3/20<br>AZZ UP 11/19/20<br>TOM A55 11/9/20<br>BAD AS6 11/3/20<br><br>**Approved**<br>A55MAAN 8/4/21 (approved again after complaint.)<br>AZZ 8/3/21 | | | | any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000015

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BDAZZ66 6/28/21 JANASS 6/16/21 BA 1 DA 4/30/21 BA DA 4/30/21 BADAZR2 4/6/21 DRAG N AS 3/24/21 OFFMIAS 3/22/21 ASOOOUL 12/22/20 GODDASS 11/4/20 BAHONDA 11/2/20 | | | | |
| GILF<br><br>Denied | 9982 | Sexually Explicit Grandma I would like to f*ck.<br><br>Similar plates reviewed:<br><br>**Denied**<br>MLFMGNT 8/31/21<br>M1LF LXS 7/30/21<br>MILF1 7/16/21<br>GOT M1LF 6/17/21<br>HIS WILF 6/16/21<br>MILFS 5/25/21<br>M1LFLVR 4/14/21<br>VILF 10/8/20<br><br>**Approved:**<br>N/A | Cleveland Browns | Greg is living fine. | ▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FCKUOM<br><br>Denied | 9982 | Swearword F*ck University of Michigan.<br><br>This is registered to a 2016 Dodge Grand Caravan SXT.<br><br>Similar plates reviewed: | OSU Spirit mark | Ford car Kistler Ultimate Operating machine. | ▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

WONSER_000016

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000017

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21 | | | | |

WONSER_000018

| | | | | | |
|---|---|---|---|---|---|
| | | FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR<br>5/17/21<br>FAQUA 5/12/21<br>FOO QUE<br>5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7<br>4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT<br>3/30/21<br>IDGAFOX<br>3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF<br>5/27/21<br>KAY N FU<br>5/24/21<br>FK8 CTR 1<br>5/18/21<br>BIGMQFQ<br>4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223

WONSER_000019

Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000020