**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Friday, September 17, 2021 10:07 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates Correction |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, September 17, 2021 9:55 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates Correction
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Friday, September 17, 2021 9:42 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates Correction
**Importance:** High

Correction in red.

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| TXTNDRV<br><br>*complaint*<br><br>This is the first complaint for this personalization<br><br>Approved | 9982 | Complaint - Just retrieved a voicemail from a lady who is concerned about vanity plate TXTNDRV and why it was allowed to be plated that way? Vehicle is a dark gray, Subaru Outback. Her family is sensitive to this because they knew p | N/A | Raise awareness about the dangers of texting and driving | ▮▮▮ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so |

*PLAINTIFF'S EXHIBIT 4*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ==from this type of distracted driving accident (email from Sharon Myers)==<br><br>Vehicle is a Taupe 2017 Subaru Outback<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>N/A<br><br><span style="color:red">**customer had this plate since 6/6/2019 with no other complaints**</span> | | | | offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |
| BKAZZUP<br><br><span style="color:red">Denied</span> | 9983 | Swearword – Could be perceived as Back that *ss up<br><br>The vehicle is a Black 2018 Hyundai Tucson<br><br>Similar plates reviewed:<br><br>**Denied**<br>1BAD AB 9/8/21<br>FINE ASS 8/27/21<br>DUMBAZZ 8/23/21<br>AZZ CIKR 8/17/21<br>DEADA55 8/9/21<br>B4DASS 8/2/21<br>ZAYMTA3 7/12/21<br>BADAZ2 7/2/21<br>FKNBDAS 7/1/21<br>IETA55 6/29/21<br>LARDAZZ 6/15/21<br>1EATA55 6/14/21<br>BDAZME 6/7/21<br>BAD AZ VW 6/3/21<br>BADSAS 6/1/21<br>EJOH SSA 5/28/21<br>AZOL 1 5/24/21<br>B ASS B 5/24/21<br>KSMYGAS 5/3/21<br>NYCEAZZ 5/3/21<br>KISSAS 4/19/21 | N/A | Believe Kind Ambitious as Unique Positive | ▮ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ZZA TA3 3/23/21<br>LAR JASS 1/13/21<br>ELOHZZA 1/12/20<br>GRBNASS 12/23/20<br>KSMYAUS 12/3/20<br>AZZ UP 11/19/20<br>TOM A55 11/9/20<br>BAD AS6 11/3/20<br><br>**Approved**<br>BA4LYF 9/16/21<br>A55MAAN 8/4/21 (approved again after complaint.)<br>AZZ 8/3/21<br>BDAZZ66 6/28/21<br>JANASS 6/16/21<br>BA 1 DA 4/30/21<br>BA DA 4/30/21<br>BADAZR2 4/6/21<br>DRAG N AS 3/24/21<br>OFFMIAS 3/22/21<br>ASOOOUL 12/22/20<br>GODDASS 11/4/20<br>BAHONDA 11/2/20 | | | | |
| FKU JOE<br><br>Denied | 9983 | Swearword – Could be perceived F*uck You Joe (referring to the current US President)<br><br>The vehicle is an Black 1968 Chevrolet Chevy II Nova 6<br><br>Similar plates reviewed:<br><br>**Denied**<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21 | N/A | Faith Kindness Unity Joy Over Everything | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |
| SUKM3<br><br>Denied | 1809 | Sexual – Could be perceived at Suck Me<br><br>The vehicle is a 2006 Honda CBR1000RR (MC)<br><br>Similar plates reviewed:<br><br>**Denied**<br>LIGMA69 8/18/21 | N/A | It's a reference to a German candy | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SUGMA PP 8/2/21<br>CMI X4BJ 7/19/21<br>I LUV BJS 5/20/21<br>BLOW YOU 2/22/21<br>SUX BALZ 12/30/20<br>BLOW JOB 10/6/20<br>BJ 69 KFC 9/30/20<br><br>**Approved**<br>TEBAG 5/25/21<br>SUM SUK 11/25/20<br>BJCUCA 10/19/20 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| MF ENG<br><br>Approved | 7692 | Swearword – Could be perceived as Mother F*ckin Engineer<br><br>Google confirmed customer is an Industrial/Manufacturing Engineer<br><br>The vehicle is a Dark Blue 2017 Chevrolet Silverado<br><br>Similar plates reviewed:<br><br>**Denied**<br>GMFBRKS 9/15/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>MF CKER 6/21/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21 | Smokey Bear | Manufacturing engineer | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office:  614.752.7518
rncollins@dps.ohio.gov

