**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Thursday, November 4, 2021 9:57 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office (614)752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Thursday, November 4, 2021 9:52 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Thursday, November 4, 2021 9:49 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| MOOV BCH | 9983 | Swearword Little b*tch. | N/A | Move big | | 1.Contains words, combinations |

PLAINTIFF'S EXHIBIT 16

WONSER_000171

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | Similar plates reviewed:<br><br>**Denied**<br>LILBCH 11/2/21<br>S3XYBCH 10/27/21<br>1SEXYB 10/15/21<br>BICHOTA 10/15/21<br>B1GG B 9/29/21<br>STRONZA 9/28/21<br>BIH MOVE 9/20/21<br>RED BTCH 8/25/21<br>HEYBTCH 8/19/21<br>BCHNTRK 8/17/21<br>1 BISH 8/11/21<br>SXY8ICH 8/4/21<br>WINEYB 7/29/21<br>SXYBICH 7/20/21<br>TONI BA B 7/15/21<br>FBGM247 7/8/21<br>BYE BICH 7/7/21<br>SIDEBIH 7/1/21<br>THT BIH 6/23/21<br>LEXY BIH 6/10/21<br>SKNY BCH 6/7/21<br>BRITBIH 6/1/21<br>BISH BYE 5/25/21<br>B ASS B 5/24/21 | | 2 | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  |  | LEBISH 5/20/21 |  |  |  |  |
|  |  | JMB FBGM 5/10/21 |  |  |  |  |
|  |  | BTCH BRN 5/6/21 |  |  |  |  |
|  |  | BITCHH 5/4/21 |  |  |  |  |
|  |  | BIGBTCH 4/29/21 |  |  |  |  |
|  |  | BONR DNR 4/26/21 |  |  |  |  |
|  |  | CRZBTCH 4/26/21 |  |  |  |  |
|  |  | 1SBITCH 4/23/21 |  |  |  |  |
|  |  | DAM BISH 4/16/21 |  |  |  |  |
|  |  | BADBCH 4/15/21 |  |  |  |  |
|  |  | 13ITCH 4/13/21 |  |  |  |  |
|  |  | B1TCH73 4/7/21 |  |  |  |  |
|  |  | WHT BTCH 3/31/21 |  |  |  |  |
|  |  | BADBICH 3/29/21 |  |  |  |  |
|  |  | RUDE BIH 3/25/21 |  |  |  |  |
|  |  | L8TRBCH 3/18/21 |  |  |  |  |
|  |  | ITCH17 1/27/21 |  |  |  |  |
|  |  | BCH 8 ONE 1/26/21 |  |  |  |  |
|  |  | MVEBTCH 12/23/20 |  |  |  |  |
|  |  | THSBTCH 12/21/20 |  |  |  |  |
|  |  | BOS B1CH 12/8/20 |  |  |  |  |
|  |  | BOSS BIH 12/7/20 |  |  |  |  |
|  |  | FIATCH 11/30/20 |  |  |  |  |
|  |  | BLK BIHH 11/19/20 |  |  |  |  |
|  |  | **Approved** EZV BIFC 10/14/21 |  |  |  |  |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | STREETB 10/8/21 SSTBCH 8/26/21 NUTBSH1 8/5/21 1PRITIB 7/7/21 CRZ BTH 3/23/21 | | | | |
| REDRUM8 Denied | 9983 | Lawlessness This says murder backwards. This is registered to a red 2022 Chevrolet Corvette 1LT Convertible. Similar plates reviewed: **Denied** N/A **Approved** R3DRUM1 10/19/21 MRDERD 3/23/21 | N/A | Red 8th generation Corvette | ▮ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that advocate immediate lawlessness or advocate lawless activities. |
| RYCBOX Denied | 4901 | Derogatory Rice/ricer is a derogatory term for Asians. This is registered to a 2018 Honda Civic Hatchback 4 door. Similar plates reviewed: **Denied** RCEBRNR 5/26/21 | N/A | Race box, race car with box like shape. | ▮ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | RICEEE 5/20/21<br>RICE BRN 4/14/21<br>R1CECAR 4/7/21<br>**Approved**<br>RIC3BOX 1/19/21 | | | additional comment |
| SHAG SW<br><span style="color:red">Denied</span> | 8311 | Sexually explicit. Shag wagon.<br><br>This is registered to a 1997 Oldsmobile Cutlass Supreme SL Series I sedan.<br><br>Similar plates reviewed:<br><br>**Denied**<br>SHG WGN 7/8/21<br>SHAGN 6/22/21<br>PSY WAGN 4/14/21<br>DR SHAG 3/22/21<br>BUGG3R 1/13/21<br><br>**Approved**<br>N/A | N/A | Car name, Shaggy the swaggin wagon. | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office (614)752-7518
jslohr@dps.ohio.gov

