## Payne, Jeffrey

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Monday, December 6, 2021 10:00 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Monday, December 6, 2021 9:50 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Monday, December 6, 2021 9:44 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| FUQBIDN<br><br>Denied | 9982 | Swearword – could be perceived as F*ck Biden<br><br>The vehicle is a Gray 2021 Toyota Tacoma<br><br>Similar plates reviewed:<br><br>**Denied**<br>FKB1DN 11/3<br>FJB3 11/29/2 | N/A | Freedom of speech | ▮▮ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

PLAINTIFF'S EXHIBIT 20

WONSER_000407

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FJB 2 11/19/21<br>FJBILLS 11/18/21<br>FJOE 11/16/21<br>FUJB 11/16/21<br>FJBO46 11/15/21<br>FJB 4 11/2/21<br>FJBLGB 11/8/21<br>LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>FCC JO (FC Cincinnati logo)11/29/21 | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| IATEASS<br><br>Denied | 9983 | Sexual – could be perceived as I ate *ss<br><br>The vehicle is a Maroon 2017 Ram 1500<br><br>Similar plates reviewed:<br><br>**Denied**<br>I EAT 4SS 11/5/21<br>ZZATA31 10/29/21<br>I EAT A33 10/26/21<br>IEATAZ 10/25/21<br>IE4TA55 8/23/21 | N/A | Girlfriend initials and her kids | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ZAYMTA3 7/12/21<br>IETA55 6/29/21<br>1EATA55 6/14/21<br>ZZA TA3 3/23/21<br><br>**Approved**<br>N/A | | | | expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| JEEP AF1<br><br>Denied | 5209 | Swearword – could be perceived as Jeep As F*ck<br><br>The vehicle is a Black 2016 Jeep Wrangler<br><br>Similar plates reviewed:<br><br>**Denied**<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21 | N/A | Business related | | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br>STOCK4F 3/9/21<br>SOLID AF 1/14/21<br>BOUJE AF 1/11/21<br>FOXY ASF 1/7/20<br>VEGANAF 12/16/20<br>HUMBLAF 12/2/20<br>FA OIHO 11/30/20<br><br>**Approved**<br>N/A | | | | |
| MFN ENZO<br><br>Denied | 2515 | Swearword – could be perceived as Mother F*ckin Enzo<br><br>The vehicle is a Red 2014 Ford Flex<br><br>Similar plates reviewed:<br><br>**Denied**<br>MF WOLF 11/2/21<br>SFMOFO 10/26/21<br>SMFL 10/25/21<br>PMFNB 10/18/21<br>2MF FAST 10/12/21<br>DMFL 78 9/29/21<br>BMFRJ1 9/27/21<br>BMF2RAW 9/16/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21 | N/A | Cat's name is Muffin, dog is Enzo | ▇ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MF CKER 6/21/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>3BMFS3 11/23/21 (won appeal)<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21 | | | | |
| PHCK 12<br><br>Denied | 0923 | Swearword – Phck could be perceived as F*ck and 12 denotes the police. F*ck the Police<br><br>The vehicle is a Gray 2002 Pontiac Grand AM<br><br>Similar plates reviewed:<br><br>**Denied**<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>AFNZUS 9/28/21 | N/A | Supporting the Police | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21 | | | | |
| SFTWAB<br><br>Denied | 3186 | Sexual – WAB is Norhern Ireland slang for C*ck (penis). Plate could be perceived at Soft C*ck<br><br>The vehicle is a Blue 1996 BMW 318IC<br><br>Similar plates reviewed:<br><br>**Denied**<br>PPEVENT 12/3/21<br>SMO1 PP 10/15/21<br>DYCK 10/6/21<br>D1KF1TZ 9/15/21<br>PPBIG 8/20/21<br>SUGMA PP 8/2/21<br>4SKIN 7/26/21<br>HUNGWELL 7/15/21<br>BUDUSSY 7/6/21<br>DADY DCK 6/22/21<br>BIG COCK 6/21/21<br>LDYPRTS 6/17/21<br>SMDCK 6/14/21<br>NCE COK 6/14/21<br>DWEANIE 5/27/21<br>PEE NIS 5/24/21<br>NUTSK 5/20/21<br>BIG D NRG 5/10/21<br>BONR DNR 4/26/21<br>DOCPUD 4/7/21<br>NO BA11S 4/6/21<br>PUSPUS 4/2/21<br>B1GPP 3/30/21<br>LIL PEEN 3/26/21<br>HUGE PP 3/24/21<br>HALF SAC 3/23/21<br>SMOLL PP 3/1/21<br>WLHUNG3 3/1/21<br>SMLLPP 1/11/21<br><br>**Approved** | N/A | Initials of family members | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | LILPEPE 10/13/21<br>SM PNS 6/30/21<br>TEBAG 5/25/21<br>8IN OR UP 5/13/21<br>8646 5/6/21<br>DICKH 4/30/21<br>STAHRD 1/14/21<br>CHOD 12/8/20 | | | | |
| TITPINK<br><br>Denied | 5209 | Sexual – could be perceived as Titty Pink<br><br>The vehicle is a 1995 Ford Contour<br><br>Similar plates reviewed:<br><br>**Denied**<br>TITSOUT 11/3/21<br>T1DD13S 11/1/21<br>4K BOOBZ 10/20/21<br>C TITTY 10/12/21<br>T1TTY 8/24/21<br>TIDDYS 7/27/21<br>TTZUP 7/6/21<br>BOOB135 6/25/21<br>BOOOBS 5/25/21<br>BOOBARU 5/24/21<br>OOBIE5 (Bengals logo) 5/4/21<br>TITIT 4/19/21<br>TITITIT 4/19/21<br>T1TTIES 4/15/21<br>TT SHAKR 4/12/21<br><br>**Approved**<br>TTVAGV 8/6/21<br>BEWBS 7/13/21<br>BOOBI 5/3/21<br>TT ME 4/30/21<br>ITZ TT 3/16/21 | N/A | Mothers name was Ti Ti and she always wore pink, she has since passed | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| 1 MFJL<br><br>Denied | 3202 | Swearword – could be perceived as a 1 Mother F*cking Journey Lineman<br><br>The vehicle is a Black 2014 RAM 2500 | Fallen Lineman | Family members initials | | 1.Contains words, combinations and/or phrases (in any language and when read either |

9

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Similar plates reviewed:<br><br>**Denied**<br>MF WOLF 11/2/21<br>SFMOFO 10/26/21<br>SMFL 10/25/21<br>PMFNB 10/18/21<br>2MF FAST 10/12/21<br>DMFL 78 9/29/21<br>BMFRJ1 9/27/21<br>BMF2RAW 9/16/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>MF CKER 6/21/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>3BMFS3 11/23/21 (won appeal)<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21 | | | | frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| A MFJL<br><br>Denied | 3202 | | Swearword – could be perceived as a 1 Mother F*cking Journey Lineman<br><br>The vehicle is a Tan 1998 Chevrolet S-10 Pickup<br><br>Similar plates reviewed:<br><br>**Denied** | Fallen Lineman | Family member initials | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

10

WONSER_000416

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MF WOLF 11/2/21<br>SFMOFO 10/26/21<br>SMFL 10/25/21<br>PMFNB 10/18/21<br>2MF FAST 10/12/21<br>DMFL 78 9/29/21<br>BMFRJ1 9/27/21<br>BMF2RAW 9/16/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>MF CKER 6/21/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>3BMFS3 11/23/21 (won appeal)<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21 | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office: 614.752.7518
rncollins@dps.ohio.gov


Ohio Department of Public Safety