**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Friday, January 14, 2022 9:50 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, January 14, 2022 9:49 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Friday, January 14, 2022 9:23 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| IDFW GAS | 9983 | Swearword Complainant submitted the | | ool with | | 1. Contains words, combinations |

PLAINTIFF'S EXHIBIT 24

WONSER_000632

| | | | | | | |
|---|---|---|---|---|---|---|
| This is a customer complaint.<br><br>Denied | | following via email (PTS): Hi! Saw a license plate on an electric vehicle (Tesla) in Reynoldsburg that reads "IDFW GAS." I take the first part of the plate to mean "I don't f** with," so I think this vanity plate slipped through your standards! Thank you.<br><br>Similar plates reviewed:<br><br>**Denied**<br>FK KOVID 1/13/21<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21 | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000633

| | | | | | |
|---|---|---|---|---|---|
| | PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>AFNZUS 9/28/21<br>F12UZB 9/15/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21 | | | | | |

| | | | |
|---|---|---|---|
| | GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br><br>**\*\*Customer has had the** | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | plate since 6/3/20. There have been no complaints.** | | | | |
| LUMPKN<br><br>This is the replacement for S318OOB. It has not been processed yet.<br><br>Denied | 9983 | Sexually explicit. With the B from the logo, this become Blumpkin.<br><br>According to Urban, Blumpkin is receiving oral sex while defecating. 1,349 up 1,259 down<br><br>Similar plates reviewed:<br><br>**Denied**<br>SUKTDRY 9/28/21<br>SUKM3 9/17/21<br>LIGMA69 8/18/21<br>SUGMA PP 8/2/21<br>CMI X4BJ 7/19/21<br>I LUV BJS 5/20/21<br>BLOW YOU 2/22/21<br><br>**Approved**<br>TEBAG 5/25/21 | Cincinnati Bengals | In honor of his friend Ken, who passed away from cancer. | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| XKXX<br><br>Denied | 2510 | Traditionally, XK combinations are denied because they may be affiliated with the Ku Klux Klan. | N/A | It was my grandmother's. | ▮ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or |

| | | | | | |
|---|---|---|---|---|---|
| | This plate was not listed in BASS with any prior owners. It is a new/renew transaction.<br><br>This is registered to a 2010 Acura RDX 5-Spd AT SH-AWD.<br><br>Similar plates reviewed:<br><br>**Denied**:<br>EMKKK 11/19/21<br>XXXKXKX 1/19/21<br><br>**Approved:**<br>N/A | | | | backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov

