**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Berger, Brenda |
| **Sent:** | Monday, January 24, 2022 10:02 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate plates |

**From:** Berger, Brenda <BBerger@dps.ohio.gov>
**Sent:** Monday, January 24, 2022 9:57 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Dean, Anne <amdean@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** FW: Invalid Inappropriate plates

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Monday, January 24, 2022 9:53 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid Inappropriate plates
**Importance:** High

See responses below:

**From:** Berger, Brenda <BBerger@dps.ohio.gov>
**Sent:** Monday, January 24, 2022 9:34 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid Inappropriate plates
**Importance:** High

| Plate | Agency | Perceived Mean... | ... | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| | | | | | | |

PLAINTIFF'S EXHIBIT 25

WONSER_000746

| | | | | | | |
|---|---|---|---|---|---|---|
| **NEDIBJF**<br><br>**Denied** | 9983 | Swearword – Could be perceived as F*ck Joe Biden<br><br>Similar plates reviewed:<br><br>**Denied**<br><br>FJBLOL 01/19/22<br>FJB USA 1/3/21<br>USA FJB 12/22/21<br>F BDN 12/13/21<br>FK JOE 12/10/21<br>FUQBIDN 12/6/21<br>FKB1DN 11/30/21<br>FJB3 11/29/21<br>FJB 2 11/19/21<br>FJBILLS 11/18/21<br>FJOE 11/16/21<br>FUJB 11/16/21<br>FJBO46 11/15/21<br>FJB 4 11/2/21<br>FJBLGB 11/8/21<br>LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br>FKJB 1/13/22<br><br>**Approved** | None | Letters of my posessions | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FCC JO (FC Cincinnati logo)11/29/21 | | | | |
| **SSLUT** **Approved with space SS_LUT, on a 1983 2D Chevy.** | 9983 | Sl*t Similar plates reviewed: **Denied** SLUTBUS 06/25/21 HEY HO 6/14/21 SIXHOE 6/11/21 HARLOT 5/26/21 BROHO 5/12/21 BUFAHOE 5/11/21 ASHAWO 5/6/21 C PIMPIN 4/9/21 HOOOKER 4/2/21 HOE 1 3/30/21 BTS N HOS 3/23/21 **Approved** BRAH O 5/25/21 (won appeal) DAVE HO 5/7/21 RAMAH03 3/8/21 | None | **Monte SS is model of car. Lut is for my family member Jact Lut who inspired me.** | ▇▇▇ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Brenda Berger
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-752-7518
bberger@dps.ohio.gov

