**Payne, Jeffrey**
---

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Tuesday, February 1, 2022 10:50 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, February 1, 2022 10:33 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Tuesday, February 1, 2022 10:08 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|

PLAINTIFF'S EXHIBIT 26

WONSER_000762

| | | | | | | |
|---|---|---|---|---|---|---|
| ABCDEFU<br><br>Denied | 9983 | Swearword<br><br>Google result:<br><br>A song by Gayle – ABCDEFU song traces back to a TikToker requesting that the songstress go about writing a breakup piece utilizing the alphabet<br><br>The vehicle is a White 2022 Hyundai Santa Cruz<br><br>Similar plates reviewed:<br><br>**Denied**<br>FUCC IT 01/25/22<br>F UR SRT 1/5/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>FAHQ734 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FUDEM 6/7/21<br>FFAUCI (OSU logo plate) 6/4/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21 | N/A | Song | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FU CLUFF 5/25/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>FKBLU 5/7/21<br>PHUKKU 4/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>F COVID 3/7/21 | | | | |
| AW SHIT1<br><br>Denied | 9982 | Swearword<br><br>The vehicle is a Blue 1996 Dodge Viper<br><br>Similar plates reviewed:<br><br>**Denied**<br>WELL SHT 1/27/22<br>5HTRFU1 12/14/21<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21<br>CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21 | N/A | Long story | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br><br>**Approved**<br>SHTCOIN 11/22/21<br>MASBS 11/17/21<br>NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21 | | | | |
| DRATER<br><br>Approved if spaced<br>DR_AT_ER | 9982 | Derogatory/Offensive – could be perceived as Retard backwards<br><br>The vehicle is a Taupe 2007 Chevrolet Silverado<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>N/A | N/A | I'm a doctor at an emergency room (ER) | ▮ | 2. Contains words, combinations and/or phrases ((in any language and when read either frontward or backwards) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment; |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| NGR LADY<br><br>Approved for NRG LADY | 2308 | Derogatory – could be perceived as N*gger Lady<br><br>The vehicle is a Red 2020 Tesla Model 3<br><br>Similar plates reviewed:<br><br>**Denied**<br>NEGRA 7 1/18/22<br>LA NEGRA 12/21/21<br>N3GRITA 10/5/21<br>WYT DVEL 6/1/21<br>INDNRED 6/1/21<br>4 KRAUTS 5/14/21<br>BIG WOPP 5/11/21<br>ARAB TOY 5/11/21<br>NOO S E 4/2/21<br>FATAL4N 3/18/21<br>KING WOP 3/16/21<br>SAMBO 3/11/21<br>INJUN 3/8/21<br>1 SQUAW 2/22/21<br><br>**Approved**<br>DAMICK (after appeal). 10/27/21<br>BLK THNG 8/18/21 | N/A | Works in the energy field | gs | 2. Contains words, combinations and/or phrases ((in any language and when read either frontward or backwards) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment; |
| QWIK FKR<br><br>Denied | 9983 | Swearword – could be perceived as Quick F*cker<br><br>The vehicle is a Red 2013 Cadillac CTS<br><br>Similar plates reviewed:<br><br>**Denied**<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21 | N/A | Regarding my vehicle | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>AFNZUS 9/28/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21 | | | | (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SHIIIDD<br><br>Denied | 3159 | Swearword – could be perceived as another what to say Sh*t<br><br>The vehicle is a White 2012 Porsche Panamera<br><br>Similar plates reviewed:<br><br>**Denied**<br>WELL SHT 1/27/22<br>5HTRFU1 12/14/21<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21<br>CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br><br>**Approved**<br>SHTCOIN 11/22/21<br>MASBS 11/17/21 | N/A | My expression | ▇▇▇ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21 | | | | |
| TOYHOE<br><span style="color:red">Denied</span> | 2562 | Sexual – could be perceived as Toy Hoe<br><br>The vehicle is a Gray 2020 Toyota Tundra<br><br>Similar plates reviewed:<br><br>**Denied**<br>SSLUT 1/27/22<br>SLUTBUS 06/25/21<br>HEY HO 6/14/21<br>SIXHOE 6/11/21<br>HARLOT 5/26/21<br>BROHO 5/12/21<br>BUFAHOE 5/11/21<br>ASHAWO 5/6/21<br>C PIMPIN 4/9/21<br>HOOOKER 4/2/21<br>HOE 1 3/30/21<br>BTS N HOS 3/23/21<br><br>**Approved**<br>BRAH O 5/25/21 (won appeal)<br>DAVE HO 5/7/21<br>RAMAH03 3/8/21 | Retired Navy | Toyota/Tahoe | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| WTFART<br><br>Denied | 9983 | Scatological – could be perceived as Wet Fart or a play on words for What The F*ck<br><br>The vehicle is a Black 2014 Chevrolet Cruze<br><br>Similar plates reviewed:<br><br>**Denied**<br>SHART CR 1/7/22<br>5HTRFU1 12/14/21<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21<br>CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21<br>HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br><br>**Approved**<br>SHTCOIN 11/22/21 | Cincinnati Bengals | My friend William Thomas Farthe | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MASBS 11/17/21<br>NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21 | | | | |
| SAKUJO<br><br>Denied | 9982 | Lawlessness<br><br>Google results<br>1. found Sakujo is the Japanese word meaning delete.<br>2. It is from Death Note, the character Teru Mikami tends to say Sakujo when killing folks.<br><br>The vehicle is a Black 2018 Ford Escape<br><br>Similar plates reviewed:<br><br>**Denied**<br>REDRUM8 11/4/21<br><br>**Approved**<br>R3D RUMM 12/8/21<br>R3DRUM1 10/19/21<br>MRDERD 3/23/21 | Donate Life | Japanese word that I like | | 3. Contains words, combinations and/or phrases ((in any language and when read either frontward or backwards) that advocate immediate lawlessness or advocate lawless activities. |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles

1970 W. Broad Street, Columbus, Ohio 43223
Office: 614.752.7518
rncollins@dps.ohio.gov



WONSER_000773