## Payne, Jeffrey

| | |
|---|---|
| **From:** | Dean, Anne |
| **Sent:** | Tuesday, February 8, 2022 4:18 PM |
| **To:** | Riggins, Devon; Lohr, Janet; Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | RE: Invalid and Inappropriate |

Yes, please recall JAG N OFF. Thanks for the clarification Devon.

Anne M. Dean
Assistant Registrar
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-387-3000
amdean@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, February 8, 2022 4:15 PM
**To:** Dean, Anne <amdean@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate

Just a point of clarification. If a license plate is denied and active (on the road) a recall is completed upon receiving the denial. A customer can renew their license plate numerous times before replacing the metal which triggers the addition of the plate to the Daily Requisition report. Therefore, for consistency the Req committee will move forward with recalling JAG N OFF if the decision is to deny the original issuance.

**From:** Dean, Anne <amdean@dps.ohio.gov>
**Sent:** Tuesday, February 8, 2022 3:49 PM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Tura, John <ja[...]; [Weh]ner, Ronald <rjwehner@dps.ohio.gov>; Wood,

PLAINTIFF'S EXHIBIT 27

WONSER_000967

Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate

Sorry for the late response.

Recall THICCUM (per complaint received and sexually explicit) –
Deny JAGGOFF (sexually explicit)
Also, when JAG N OFF comes up for renewal in 5/22 – please deny as well (sexually explicit) – regardless of the type of car.

Thanks,

Anne M. Dean
Assistant Registrar
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-387-3000
amdean@dps.ohio.gov



---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Tuesday, February 8, 2022 10:34 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Dean, Anne <amdean@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** FW: Invalid and Inappropriate
**Importance:** High


Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office (614)752-7518
jslohr@dps.ohio.gov



---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, February 8, 2022 10:13 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>;

Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate
**Importance:** High

See responses below:

---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Tuesday, February 8, 2022 9:46 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| THICCUM<br><br>This is a customer complaint.<br><br>Approved | 2504 | Sexually explicit Thic c*m<br><br>Complainant stated the following in an email: I noticed an offensive license plate today, "THICCUM".<br><br>I'm really surprised that you allowed this plate, as it's slang for "Thick ejaculate".<br><br>Thank you for your time.<br><br>Similar plates reviewed:<br><br>**Denied**<br>CUM4ME 1/31/22<br>JIZZLE 8 1/21/22 | N/A | Nickname | ▇▇▇ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | JEEP JIZ 1/12/22 CUM4MEE 2/22/21 **Approved** JIZZLE 8 1/20/22 ** Customer did a new/renew on 4/20/21. There have been no other complaints.** | | | | |
| FYALL Denied 4YALL and 4UALL is available | 9983 | Swearword F*ck you all. This is registered to a 1989 Harley Davidson FLHTC ULTRA motorcycle. Similar plates reviewed: **Denied** IDGAF7 2/7/22 FK IM L8 2/3/22 2FNREAL 2/2/22 ABCDEFU 2/1/22 QWIK FKR 2/1/22 FUCC IT 01/25/22 FKN WADE 1/10/22 F UR SRT 1/5/22 FBGMONY 1/4/22 2FN SLOW 1/3/22 FUK EM 2 1/3/22 NAWFUHQ 12/27/21 | N/A | For you, Austin L. Laney. | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21 | | | | | |

5

WONSER_000971

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FU CNCR 9/2921<br>AFNZUS 9/28/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21 | | | | |

7

| | | | | | |
|---|---|---|---|---|---|
| | | MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21 | | | |
| JAGGOFF<br><br>Approved | 1829 | Sexually Explicit Could be perceived as male masturbation.<br><br>This is registered to a 2013 Jaguar XJL Portfolio. It is Supercharged.<br><br>Similar plates reviewed:<br><br>**Denied**<br>JAGMEOF 1/19/22<br><br>**Approved**<br>JAG N OFF 5/18/21 | N/A | I have a fast Jaguar. I'll take off, hence jaggoff. | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| PSY EATR<br><br>Denied | 7726 | Sexually explicit P*ssy eater<br><br>Similar plates reviewed:<br><br>**Denied**<br>EAT PSSY 1/11/22<br>PSYGUY 11/22/21<br>SL4YER 10/21/21<br>PSYWHIP 10/8/21 | N/A | Psychic eater. It's my username on games. | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological |

| | | | | | |
|---|---|---|---|---|---|
| | | PSSY PWR 9/21/21<br>TWT WFFL 4/5/21<br>PUSPUS 4/2/21<br><br>**Approved**<br>BVR HSZN 11/30/21<br>I CU COMN 2/9/21 | | | | (feces or excrement). |
| TOOTHO<br><br>Approved | 0207 | Sexually Explicit Toot ho.<br><br>This is registered to a 1999 Mitsubishi Eclipse RS.<br><br>Similar plates reviewed:<br><br>**Denied**<br>GAYHO 1/12/22<br>5 HOES 12/27/21<br>HO3WRX 10/25/21<br>STLRS HO 10/20/21<br>JOE N HOE 9/21/21<br>PYTHOE 9/20/21<br>STANGHO 9/20/21<br>HITMEHO 9/14/20<br>OH HI HO 8/31/21<br>OH HI HOE 8/17/21<br>350 HO 8/16/21<br>SLOHO 8/16/21<br>THOTBOX 8/9/21<br>HEY HO 6/14/21<br>SIXHOE 6/11/21<br>HARLOT 5/26/21<br>BROHO 5/12/21 | N/A | Toothless little sports car. | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BUFAHOE 5/11/21<br>ASHAWO 5/6/21<br>C PIMPIN 4/9/21<br>HOOOKER 4/2/21<br>HOE 1 3/30/21<br>BTS N HOS 3/23/21<br><br>**Approved**<br>BRINHO 12/17/21<br>454 HO 12/10/21<br>BRAH O 5/25/21 (won appeal)<br>DAVE HO 5/7/21<br>RAMAH03 3/8/21 | | | | |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office (614)752-7518
jslohr@dps.ohio.gov

