**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Monday, March 7, 2022 10:34 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| | |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Monday, March 7, 2022 10:21 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Monday, March 7, 2022 10:14 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | | Ross Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|



WONSER_000660

| BOOTARD<br><br>Approved | 9982 | Derogatory/Offensive Bootard, a play on the word retard. It could also be a play on the customer's last name.<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>DR AT ER 2/1/22 | N/A | Nickname | ■ | 2. Contains words, combinations and/or phrases ((in any language and when read either frontward or backwards) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment; |
| BRO HOE<br><br>Denied | 9983 | Sexually Explicit Brother hoe.<br>It could be a play on the customer's last name.<br><br>Similar plates reviewed:<br><br>**Denied**<br>4DR MOHO 2/28/22<br>SIDEHOE 2/24/22<br>GAYHO 1/12/22<br>5 HOES 12/27/21<br>HO3WRX 10/25/21<br>STLRS HO 10/20/21<br>JOE N HOE 9/21/21<br>PYTHOE 9/20/21<br>STANGHO 9/20/21<br>HITMEHO 9/14/20<br>OH HI HO 8/31/21<br>OH HI HOE 8/17/21<br>350 HO 8/16/21<br>SLOHO 8/16/21<br>THOTBOX 8/9/21<br>HEY HO 6/14/21<br>SIXHOE 6/11/21 | N/A | Nickname referring to the last name Lehoe. | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000661

| | | | | | | |
|---|---|---|---|---|---|---|
| | | HARLOT 5/26/21<br>BROHO 5/12/21<br>BUFAHOE 5/11/21<br>ASHAWO 5/6/21<br>C PIMPIN 4/9/21<br>HOOOKER 4/2/21<br>HOE 1 3/30/21<br>BTS N HOS 3/23/21<br><br>**Approved**<br>4DFMW 2/28/22<br>TOOTHO 2/8/22<br>BRINHO 12/17/21<br>454 HO 12/10/21<br>BRAH O 5/25/21<br>(won appeal)<br>SLUHOR 5/20/21<br>DAVE HO 5/7/21<br>RAMAH03 3/8/21 | | | | |
| FJBLG46<br><br>Denied | 9983 | Swearword<br>F*ck Joe Biden. Let's Go 46.<br><br>The vehicle is a White 2020<br><br>Similar plates reviewed:<br><br>**Denied**<br>FJLGB 3/4/22<br>FJOEB 3/3/22<br>FJB2O24 3/2/22<br>TRMP FJB 3/2/22<br>NEDIBJF 1/24/2022<br>FJBLOL 01/19/22<br>FKJB 1/13/22<br>FJB USA 1/3/21<br>USA FJB 12/22/21<br>F BDN 12/13/21<br>FK JOE 12/10/21<br>FUQBIDN 12/6/21<br>FKB1DN 11/30/21<br>FJB3 11/29/21<br>FJB 2 11/19/21<br>FJBILLS 11/18/21<br>FJOE 11/16/21<br>FUJB 11/16/21<br>FJBO46 11/15/21<br>FJB 4 11/2/21<br>FJBLGB 11/8/21 | N/A | I hate Democrats. | ▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000662

| | | | | | | |
|---|---|---|---|---|---|---|
| | | LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3/21<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>FCC JO (FC Cincinnati logo)11/29/21 | | | | |
| FKBDN<br><br><span style="color:red">Denied</span> | 9982 | Swearword F*ck (Joe) Biden.<br><br>This is registered to a 2014 Harley Davidson Street Glide motorcycle.<br><br>Similar plates reviewed:<br><br>**Denied**<br>FJLGB 3/4/22<br>FJOEB 3/3/22<br>FJB2O24 3/2/22<br>TRMP FJB 3/2/22<br>NEDIBJF 1/24/2022<br>FJBLOL 01/19/22<br>FKJB 1/13/22<br>FJB USA 1/3/21<br>USA FJB 12/22/21<br>F BDN 12/13/21<br>FK JOE 12/10/21 | N/A | Faith knows best doubt never. My faith is in God. This is a reminder that he knows and never doubt. | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000663

| | | FUQBIDN 12/6/21<br>FKB1DN 11/30/21<br>FJB3 11/29/21<br>FJB 2 11/19/21<br>FJBILLS 11/18/21<br>FJOE 11/16/21<br>FUJB 11/16/21<br>FJBO46 11/15/21<br>FJB 4 11/2/21<br>FJBLGB 11/8/21<br>LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3/21<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>FCC JO (FC Cincinnati logo)11/29/21 | | | | |
| I C WIENR<br><br>Denied | 9983 | Sexually explicit Wiener is another word for male genitalia. This could be I see wiener or icy wiener.<br>I.C. Wiener is a fictional name on the show Futurama.<br><br>Similar plates reviewed: | N/A | German phrase from a TV show. It means "I cry". | ████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords |

WONSER_000664

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>BALSAK 2/24/22<br>NUTSK 5/20/21<br>NO BA11S 4/6/21<br>HALF SAC 3/23/21<br><br>**Approved**<br>BALLZZZ 3/1/22<br>TEBAG 5/25/21 | | | | and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| OFCKS<br><br><span style="color:red">Denied</span> | 9983 | Swearword<br>Zero f*cks<br><br>Similar plates reviewed:<br><br>**Denied**<br>PHKNGO 2/17/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21 | N/A | Life meaning for my family. | ▮▮▮▮▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

6

WONSER_000665

| | | FN GROOT 10/18/21 | | | | |
|---|---|---|---|---|---|---|
| | | FNA 10/14/21 | | | | |
| | | FKN NUTZ 10/12/21 | | | | |
| | | MFCEO 98 10/5/21 | | | | |
| | | FAFO 21 10/1/21 | | | | |
| | | FU ALS 10/1/21 | | | | |
| | | FU CNCR 9/2921 | | | | |
| | | FJBIDEN 9/29/21 | | | | |
| | | AFNZUS 9/28/21 | | | | |
| | | FKU JOE 9/17/21 | | | | |
| | | EFFNJOE 9/15/21 | | | | |
| | | F12UZB 9/15/21 | | | | |
| | | FVCK AMG 9/14/21 | | | | |
| | | F BIDN 9/13/21 | | | | |
| | | FCKUOM 9/8/21 | | | | |
| | | PHAHQ U 9/3/21 | | | | |
| | | 46 FU 9/3/21 | | | | |
| | | FAHQ734 8/31/21 | | | | |
| | | FKTY FUK 8/31/21 | | | | |
| | | FQISIS 8/30/21 | | | | |
| | | FKGA 8/27/21 | | | | |
| | | HWMF 11 8/2721 | | | | |
| | | FCKOFF 8/23/21 | | | | |
| | | EFGASS 8/23/21 | | | | |
| | | P FKN R 8/20/21 | | | | |
| | | AWFUKIT 8/18/21 | | | | |
| | | FAK U MNY 8/17/21 | | | | |
| | | FKBTCHS 8/17/21 | | | | |
| | | FN N FRL 8/12/21 | | | | |
| | | GOOGLFU 8/11/21 | | | | |
| | | F BOMBS 8/10/21 | | | | |
| | | IKYFL 7/30/21 | | | | |
| | | FKN MNT 7/27/21 | | | | |
| | | MEFNOW 7/27/ | | | | |
| | | BMFICON 7/26/21 | | | | |
| | | FNAWSM 7/23/21 | | | | |
| | | ZERO FUK 7/23/21 | | | | |
| | | FAF BOII 7/21/21 | | | | |
| | | FCK BIDN 7/20/21 | | | | |
| | | YEE YE MF 7/20/21 | | | | |
| | | 1MFMG 7/20/21 | | | | |
| | | MFWUT 7/20/21 | | | | |
| | | BADD MF 7/19/21 | | | | |
| | | BTFKOFF 7/16/21 | | | | |
| | | MFTB 7/16/21 | | | | |
| | | FK8 CTR 7/15/21 | | | | |
| | | ISYMFS2 7/14/21 | | | | |
| | | JMFR 7/14/21 | | | | |
| | | GDYUP MF 7/7/21 | | | | |
| | | OMG WTF1 7/1/21 | | | | |
| | | FCKTTUN 6/28/21 | | | | |

WONSER_000666

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21 | | | | |

WONSER_000667

| | | | | | | |
|---|---|---|---|---|---|---|
| | | F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21 | | | | |
| POOPBOX<br><br>Denied | 9983 | Swearword<br>Poop box.<br><br>Similar plates reviewed:<br><br>**Denied**<br>SHIIIID 3/4/22<br>SHITBX 3/1/22<br>SHIIIDD 2/1/22<br>AW SHIT1 2/1/22<br>WELL SHT 1/27/22<br>5HTRFU1 12/14/21<br>5HTR FUL 12/1/21<br>SHT4BRN 11/22/21<br>BOSSHYT 11/17/21<br>POOPA 20 11/15/21<br>F1 SHTY 11/2/21<br>CHINGO 10/28/21<br>TKS NO BS 10/8/21<br>SCHITS 9/28/21<br>PTNRSHT 8/20/21<br>SHTLBS 8/13/21<br>3AT SH1T 8/9/21<br>MRPBH 7/14/21<br>MERC SHT 7/13/21<br>HHSHHT (Ohio State logo) 7/12/21<br>BOS SHT 6/23/21 | N/A | Nickname | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

9

| | | | | | | |
|---|---|---|---|---|---|---|
| | | HOLY CHT 6/17/21<br>Q SCHITY 6/7/21<br>DOGSH1T 5/28/21<br>POOPIE2 5/26/21<br>999SHIT 4/26/21<br>CHITBOX 4/26/21<br>POS RAM 4/26/21<br>AINTSHT 4/23/21<br>5HTR5FL 4/19/21<br>SH17 BOX 4/13/21<br>5H1TBX 3/31/21<br>ZHIT BOX 3/30/21<br>SHYTBOX 3/25/21<br>GOON SHT 3/22/21<br>APSHT 3/17/21<br>U8SH1T 3/12/21<br><br>**Approved**<br>SHTCOIN 11/22/21<br>MASBS 11/17/21<br>NANASHT 11/10/21<br>OHSHEET 8/19/21<br>GSDNOW 6/2/21<br>COSHITA 5/17/21<br>CRAP 21 5/10/21<br>SVTURD 5/6/21<br>SHTF PT 4/26/21<br>RIP POOP 4/16/21<br>KATURD 4/14/21<br>DOOKERZ 4/6/21<br>THS IS BS 3/15/21 | | | | |
| TITSOAK<br><br><span style="color:red">Denied</span> | 9983 | Sexually Explicit<br>Tits oak or tit soak.<br>According to Urban:<br>"TITSOAK - "This is<br>the skin of a killer" is<br>what Edward Cullen<br>says to Bella Swan<br>in twilight. This<br>originated in the<br>Twilight Sh*t posting<br>group and it's used<br>daily in it."<br>60 up 3 down<br><br>Similar plates<br>reviewed:<br><br>**Denied**<br>TITTAYS 3/2/22<br>S318OOB 1/11/22 | N/A | Movie quote. | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000669

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BIGTITS 12/7/21<br>TITPINK 12/6/21<br>TITSOUT 11/3/21<br>T1DD13S 11/1/21<br>4K BOOBZ 10/20/21<br>C TITTY 10/12/21<br>T1TTY 8/24/21<br>TIDDYS 7/27/21<br>TTZUP 7/6/21<br>BOOB135 6/25/21<br>BOOOBS 5/25/21<br>BOOBARU 5/24/21<br>OOBIE5 (Bengals logo) 5/4/21<br>TITIT 4/19/21<br>TITITIT 4/19/21<br>T1TTIES 4/15/21<br>TT SHAKR 4/12/21<br><br>**Approved**<br>TTVAGV 8/6/21<br>BEWBS 7/13/21<br>BOOBI 5/3/21<br>TT ME 4/30/21<br>ITZ TT 3/16/21 | | | | |
| OPHUX<br><br><span style="color:red">Denied</span> | 3141 | Swearword<br>Zero f*cks<br><br>Similar plates reviewed:<br><br>**Denied**<br>PHKNGO 2/17/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21 | Patrol Supporter | Drone Club name. | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000670

| | | FN COLD 12/1/21 | | | | |
| | | FBGM69 11/29/21 | | | | |
| | | IDGAF2 11/29/21 | | | | |
| | | FKA2JZ 11/26/21 | | | | |
| | | FKING 11/22/21 | | | | |
| | | PHUCKOF 11/22/21 | | | | |
| | | FUKJB 11/22/21 | | | | |
| | | NWAFTP 11/19/21 | | | | |
| | | FUGAS 11/10/21 | | | | |
| | | FUKNLOW 11/9/21 | | | | |
| | | GET FUKD 10/26/21 | | | | |
| | | IRDGAF 10/25/21 | | | | |
| | | FKK OFF 10/25/21 | | | | |
| | | FURB 10/22/21 | | | | |
| | | FAFO GT 10/21/21 | | | | |
| | | GTFOOH 10/21/21 | | | | |
| | | FN GROOT 10/18/21 | | | | |
| | | FNA 10/14/21 | | | | |
| | | FKN NUTZ 10/12/21 | | | | |
| | | MFCEO 98 10/5/21 | | | | |
| | | FAFO 21 10/1/21 | | | | |
| | | FU ALS 10/1/21 | | | | |
| | | FU CNCR 9/2921 | | | | |
| | | FJBIDEN 9/29/21 | | | | |
| | | AFNZUS 9/28/21 | | | | |
| | | FKU JOE 9/17/21 | | | | |
| | | EFFNJOE 9/15/21 | | | | |
| | | F12UZB 9/15/21 | | | | |
| | | FVCK AMG 9/14/21 | | | | |
| | | F BIDN 9/13/21 | | | | |
| | | FCKUOM 9/8/21 | | | | |
| | | PHAHQ U 9/3/21 | | | | |
| | | 46 FU 9/3/21 | | | | |
| | | FAHQ734 8/31/21 | | | | |
| | | FKTY FUK 8/31/21 | | | | |
| | | FQISIS 8/30/21 | | | | |
| | | FKGA 8/27/21 | | | | |
| | | HWMF 11 8/2721 | | | | |
| | | FCKOFF 8/23/21 | | | | |
| | | EFGASS 8/23/21 | | | | |
| | | P FKN R 8/20/21 | | | | |
| | | AWFUKIT 8/18/21 | | | | |
| | | FAK U MNY 8/17/21 | | | | |
| | | FKBTCHS 8/17/21 | | | | |
| | | FN N FRL 8/12/21 | | | | |
| | | GOOGLFU 8/11/21 | | | | |
| | | F BOMBS 8/10/21 | | | | |
| | | IKYFL 7/30/21 | | | | |
| | | FKN MNT 7/27/21 | | | | |
| | | MEFNOW 7/27/ | | | | |
| | | BMFICON 7/26/21 | | | | |

WONSER_000671

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo<br>plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21 | | | | |

WONSER_000672

| | | ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC<br>Cincinnati<br>logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21 | | | | |
|---|---|---|---|---|---|---|

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_000673