## Payne, Jeffrey

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Wednesday, March 30, 2022 11:05 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Wednesday, March 30, 2022 10:52 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Wednesday, March 30, 2022 10:29 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| | | | | | | |



WONSER_000916

| | | | | | | |
|---|---|---|---|---|---|---|
| JAN 6 DC<br><br>Customer complaint<br><br>Approved | 9982 | Derogatory – could be perceived to refer to 2021 United States Capitol Attack 1/6/2021<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>N/A<br><br>**customer had personalization since 6/16/21** | N/A | Vacation | ███ | 2. Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |
| B1DNSUX<br><br>Customer complaint<br><br>Approved | 9982 | Derogatory<br>Biden S*cks<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>46TH SUX 2/10/22<br>BIDEN SX 12/10/21<br>BIDENSUX 12/2/21<br>JOESUKS 11/16/21<br>JOESUX 8/23/21<br>B1DNSUX 8/2/21<br>BIDN SUX (complaint) 6/8/21<br>8646 5/6/21<br>SLPY JOE 4/8/21<br>BDN SUX 3/22/21<br><br>**customer had personalization since 7/30/21** | N/A | Biden sucks. | ███ | 2. Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |

| | | | | | | |
|---|---|---|---|---|---|---|
| COLD ASF<br><br>Denied | 5740 | Swearword – could be perceived as Cold As F*ck<br><br>The vehicle is a White 2014 BMW X6<br><br>Similar plates reviewed:<br><br>**Denied**<br>FAF BO1 3/28/22<br>KIA F9 AF 3/14/22<br>FINE AF 3/1/22<br>SKRRT AF 2/28/22<br>FAST AZF 2/17/22<br>TXN AF 2/4/22<br>DOGSAF 2/2/22<br>KABUL AF 1/19/22<br>GRNASF 1/3/22<br>ITSJPAF 12/16/21<br>BD AF 12/15/21<br>HARD AF 12/14/21<br>JEEP AF1 12/6/21<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21 | N/A | Cold as frost | ▇ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br><br>**Approved**<br>N/A | | | | |
| HONK3Y<br><span style="color:red">Denied</span> | 8526 | Offensive – could be perceived as Honkey Derogatory term for white people<br><br>The vehicle is a Blue 2019 Honda Civic<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>CRAKKRZ 8/12/21 | N/A | Nickname | ▇ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |

| | | | | | | |
|---|---|---|---|---|---|---|
| JBG2H<br><br>Approved | 9982 | Offensive –Could be perceived as Joe Biden Go 2 Hell<br><br>The vehicle is a Gray 2021 Toyota Highlander<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>N/A | N/A | They are the initials of my family | ▮ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |
| ODBMF<br><br>Denied | 9983 | Swearword – could be perceived as Ole Dirty Bastard Mother F*cker<br><br>The vehicle is a Black 2001 Harley Davidson Electra Glide Standard<br><br>Similar plates reviewed:<br><br>**Denied**<br>MFCAMBO 2/28/22<br>MFROOFN 2/15/22<br>1 WIDE MF 1/28/22<br>MFN ENZO 12/7/21<br>A MFJL 12/7/21<br>1 MFJL 12/7/21<br>MF WOLF 11/3/21<br>SMFL 10/25/21<br>MFCEO 98 10/5/21<br>DMFL 78 9/29/21<br>HWMF 11 8/2721<br>P FKN R 8/20/21<br>MFTB 7/16/21 | N/A | Old dogs believe mothers are first | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | JMFR 7/14/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br><br>**Approved**<br>CMFR 1 2/16/22<br>LMFC 62 2/14/22<br>MMFC 66 2/14/22<br>1 MFH 2/4/222<br>RMFR 1LE 1/28/22<br>LMFC 1/19/22<br>GFSF 7/27/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BIGMQFQ 4/12/21 | | | | |
| PPLSUC<br><br>Approved | 9982 | Offensive – could be perceived as People Suck<br><br>The vehicle is a 2016 Toyota 4-Runner<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>BIDN SX 3/4/22<br>46SUXS 2/28/22<br>46TH SUX 2/10/22<br>BIDEN SX 12/10/21<br>BIDENSUX 12/2/21<br>JOESUKS 11/16/21<br>B1DNSUX 8/2/21<br>BIDN SUX (complaint) 6/8/21<br>8646 5/6/21<br>SLPY JOE 4/8/21 | Veteran Air Force | People suck | ▇ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office: 614.752.7518
rncollins@dps.ohio.gov



7

WONSER_000922