# Payne, Jeffrey

| | |
|---|---|
| **From:** | Snowball, Robert |
| **Sent:** | Friday, June 24, 2022 10:49 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Snowball, Robert; Taylor, Carrie; Tura, John; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, June 24, 2022 10:43 AM
**To:** Snowball, Robert <rasnowball@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Snowball, Robert <rasnowball@dps.ohio.gov>
**Sent:** Friday, June 24, 2022 10:24 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | R |
|---|---|---|---|---|---|---|
| LETZGOB<br><br>**Customer Complaint**<br><br>**Approved** | 9983<br><br>**Issued 1/12/22** | We received the following plate complaint via PTS email. It said:<br><br>**"This personal plate is a direct reference to the derogatory term "Lets Go Brandon" or F*** Joe Biden.**<br>**The truck that has this plate has sticke** | N/A | NASCAR | ▉ | 2<br>co<br>p<br>la<br>e<br>ba<br>o<br>re<br>to<br>re<br>w<br>co |

PLAINTIFF'S EXHIBIT 38

| | | | | | | |
|---|---|---|---|---|---|---|
| | | decals that reiterate that offensive statement"<br><br>Origin of "Lets go Brandon" is from NASCAR<br><br>It is registered to a 2022 Chevy truck.<br><br>Denied Plates<br>F46 LGB 3/10/22<br>FJLGB 3/4/22<br>FJBLGB 11/8/21<br>LGBFJB2 11/8/21<br>FJBLGB 11/8/21<br>1FJBLGB 11/8/21<br>LGB F JB 11/1/21<br><br>Approved<br>N/A | | | | |
| KIDUS AF<br><br>Denied | 2516 | Kid US as F*ck<br><br>Similar plates reviewed:<br><br>**Denied:**<br>CUTEAF 5/11/2022<br>SIKAZF – 5/10/22<br>PHUHKEW – 5/10/22<br>O FKS – 5/10/22<br>FBOBA – 5/9/22<br>FU GOP – 5/9/22<br>FDIPG 5/5/22<br>F RND 5/5/22<br>D1L1GAF 5/4/22<br>FCK RCSM 5/2/22<br>FUC BIDN 4/28/22<br>FCKML 4/28/22<br>TOFNSLO 4/26/22<br>F JEEPS 4/25/22<br>GFYM8 4/20/22<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22<br>RWGFY22 4/11/22<br>FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF 4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22 | N/A | Sons name and siblings initials | ▮ | 1 c p la e b p s e s s e |

| | | | | | |
|---|---|---|---|---|---|
| | | FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br><br>**Approved:**<br>CPLOFP 4/20/22<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21 | | | | |
| RAM BUTT<br><br>Denied | 9983 | Sexual, To Ram Butt<br><br>Similar plates reviewed:<br><br>**Denied:**<br>R4MDH3R 6/21/22<br>G FK URSL – 5/13/22<br>GETFKD – 5/12/22<br>PHUHKEW – 5/10/22<br>FUK U HO – 5/3/22<br>FUWAP – 5/3/22<br>PHUHKET 4/11/22 | N/A | The license plate goes on the back of the Dodge Ram truck so it goes on the butt of the truck | ▮ | 1<br>co<br>p<br>la<br>e<br>ba<br>p<br>sv<br>e<br>so<br>so<br>e |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FUCK1T – 3/28/22<br>PHUQQUE – 3/10/22<br><br>**Approved:**<br><br>N/A | | | | |
| U MF WILD<br><br>Denied | 9983 | You are mother f*cking wild<br><br>Similar plates reviewed:<br><br>**Denied:**<br>WTFIGO 6/21/22<br>ZFGMF 6/15/22<br>FUGM 6/3/22<br>PHUC 6/1/22<br>FUKEM- 5/25/22<br>FKUIL – 5/24/22<br>GETFKT 5/12/22<br>FFRANGR – 5/11/22<br>FFRDRGR – 4/15/22<br>SIKAZF – 5/10/22<br>PHUHKEW – 5/10/22<br>O FKS – 5/10/22<br>FBOBA – 5/9/22<br>FU GOP – 5/9/22<br>FDIPG 5/5/22<br>F RND 5/5/22<br>D1L1GAF 5/4/22<br>FCK RCSM 5/2/22<br>FCKML 4/28/22<br>TOFNSLO 4/26/22<br>F JEEPS 4/25/22<br>GFYM8 4/20/22<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22<br>RWGFY22 4/11/22<br>FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF 4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22<br>FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22 | N/A | University of Maine at Farmington "Wilds" | ▮ | 1<br>c<br>p<br>la<br>e<br>b<br>p<br>s<br>e<br>s<br>s<br>e |

| | | | | | |
|---|---|---|---|---|---|
| | | FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>AFNZUS 9/28/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/ | | | |

WONSER_001381

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br><br>Approved<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21 | | | | |

**Robert S.**
Customer Service Agent 2
Bureau of Motor Vehicles Registration Support Services
1970 W. Broad Street, Columbus, OH 43223
(614) 752-7518

