# Payne, Jeffrey

| | |
|---|---|
| **From:** | Berger, Brenda |
| **Sent:** | Tuesday, July 26, 2022 10:48 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John |
| **Subject:** | FW: Invalid and Inappropriate Plates (Revised) |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, July 26, 2022 10:46 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates (Revised)
**Importance:** High

See responses below:

**From:** Berger, Brenda <BBerger@dps.ohio.gov>
**Sent:** Tuesday, July 26, 2022 10:31 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates (Revised)
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BOOBEE<br><br>Approved | 9982 | Boobies<br><br>Similar plates reviewed:<br><br>**Denied:**<br>LVBOOBS 6/22/22<br>SHO TITZ 5/24/22<br>8008135 3/16/22<br>TITTAYS 3/2/22 | n/a | Nickname | ▮ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and |

PLAINTIFF'S EXHIBIT 42

WONSER_001799

| | | | | | | |
|---|---|---|---|---|---|---|
| | | S318OOB 1/11/22<br>BIGTITS 12/7/21<br>TITPINK 12/6/21<br>TITSOUT 11/3/21<br>T1DD13S 11/1/21<br>4K BOOBZ 10/20/21<br>C TITTY 10/12/21<br>T1TTY 8/24/21<br><br>**Approved:**<br>BEWBIES 06/28/22 **(on appeal)**<br>TTVAGV 8/6/21<br>BEWBS 7/13/21 | | | | expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| KILL M<br><br>Denied | 8305 | Kill M<br><br>Similar plates reviewed:<br><br>**Denied**<br>CHOKE ME 3/8/22 | N/A | What I call my car | | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that advocate immediate lawlessness or advocate lawless activities. |
| MCMASFK<br><br>Denied | 5758 | Mid Century and Modern as F*ck<br><br>Similar plates reviewed:<br><br>**Denied**<br>FASSTAF 4/18/22<br>AWOKE AF 4/5/22 | N/A | Mid Century Modern and Furniture | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

| | | | | | |
|---|---|---|---|---|---|
| | | FAT AF 4/5/22<br>BUJEE AF 4/5/22<br>SLWAF 4/1/22<br>COLD ASF 3/30/22<br>FAF BO1 3/28/22<br>KIA F9 AF 3/14/22<br>FINE AF 3/1/22<br>SKRRT AF 2/28/22<br>FAST AZF 2/17/22<br>TXN AF 2/4/22<br>DOGSAF 2/2/22<br>KABUL AF 1/19/22<br>GRNASF 1/3/22<br>ITSJPAF 12/16/21<br>BD AF 12/15/21<br>HARD AF 12/14/21<br>JEEP AF1 12/6/21<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21 | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>**Approved**<br>N/A | | | |
| RX DEALR<br><br>Denied | 9983 | Illegal activity Drug Dealer<br><br>**Denied:**<br>DRG DELR 6/17/22<br>GNRL KLR 4/26/22<br>KIL SHOT 3/24/22<br>B1CHOTA 11/29/21<br>BICHOTA 10/15/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br><br>**Approved:**<br>BGR SUGR 5/24/22 | N/A | I am a pharmacist | ■ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that advocate immediate lawlessness or advocate lawless activities. |
| SHAGNN<br><br>Denied | 9995 | Sexually explicit. A play on words for Shagging wagon.<br><br>Customer has had plate since at least 2007.<br><br>Similar plates reviewed:<br><br>**Denied** | N/A | | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SGNWGON 12/3/21<br>SHAG SW 11/4/21<br>SHG WGN 7/8/21<br><br>**Approved**<br>N/A | | | | expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FK DNT<br><br>Denied | 4714 | F*ck Don't<br><br>Similar plates reviewed:<br><br>**Denied**<br>FASSTAF 4/18/22<br>AWOKE AF 4/5/22<br>FAT AF 4/5/22<br>BUJEE AF 4/5/22<br>SLWAF 4/1/22<br>COLD ASF 3/30/22<br>FAF BO1 3/28/22<br>KIA F9 AF 3/14/22<br>FINE AF 3/1/22<br>SKRRT AF 2/28/22<br>FAST AZF 2/17/22<br>TXN AF 2/4/22<br>DOGSAF 2/2/22<br>KABUL AF 1/19/22<br>GRNASF 1/3/22<br>ITSJPAF 12/16/21<br>BD AF 12/15/21<br>HARD AF 12/14/21<br>JEEP AF1 12/6/21<br>ARMYAF 11/23/21<br>VTECAF 11/17/21<br>SIKH AF 11/12/21 | Superman | Fortnight Danny Nick Trish | ▇ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br><br>**Approved**<br>N/A | | | | |
| ROYLPP1<br><br>Denied – ROYLPPL is available. | 9983 | Sexual – could be perceived as royal penis<br><br>Similar plates reviewed:<br><br>**Denied**<br>DYCK 10/6/21<br>D1KF1TZ 9/15/21<br>PPBIG 8/20/21<br>SUGMA PP 8/2/21 | N/A | It's the color which is 1 year nly and the type of vehicle which is a performance package car | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), |

| | | 4SKIN 7/26/21 **Approved** LILPEPE 10/13/21 | | | | obscene, sexually explicit, or scatological (feces or excrement). |
|---|---|---|---|---|---|---|

Brenda Berger
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-752-7518
bberger@dps.ohio.gov

