# Payne, Jeffrey

| | |
|---|---|
| **From:** | Berger, Brenda |
| **Sent:** | Thursday, August 25, 2022 9:51 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Snowball, Robert; Taylor, Carrie; Tura, John |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Thursday, August 25, 2022 9:44 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Berger, Brenda <BBerger@dps.ohio.gov>
**Sent:** Thursday, August 25, 2022 9:39 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Snowball, Robert <rasnowball@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BISCH<br>Denied | 5209 | B*tch<br>Similar plates reviewed:<br>**Denied:**<br>CUTEBSH 05/18/22<br>B1TCHY – 5/17/22<br>NO BICHS – 5/11/22<br>PRISSY B – 5/9/22<br>BETCH 01 – 5/6/22<br>ROBBICH 5/2/22<br>CRAFTYB 4/30/22 | N/A | Slang for bishop in chess | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), |

PLAINTIFF'S EXHIBIT 45

WONSER_001780

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MSBICHY 4/30/22 BIG BISH 4/27/22 MGABTCH 4/26/22 CRANKY B 4/12/22 LTRBTCH 3/29/22 B1CH N 58 3/18/22 L8RBISH 3/2/22 B1CHN 68 2/28/22 C YA BCHS 1/10/22 RCHBCH 12/23/21 DIS BIHH 12/20/21 BP BP BCH 12/15/21 TAENA MO 12/9/21 THSBICH 12/7/21 B1CHOTA 11/29/21 80S BTCH 11/23/21 BEE OCH 11/19/21 YABISHH 11/18/21 MOOVBCH 11/4/21 LILBCH 11/2/21 S3XYBCH 10/27/21 1SEXYB 10/15/21 BICHOTA 10/15/21 B1GG B 9/29/21 STRONZA 9/28/21 BIH MOVE 9/20/21 RED BTCH 8/25/21 | 2 | | | obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_001781

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Approved:**<br>EZV BIFC 10/14/21<br>STREETB 10/8/21<br>SSTBCH 8/26/21 | | | | |
| FUCK HER<br>Denied | 9983 | F*ck Her<br>Similar plates reviewed:<br>Denied:<br>2FASTFU 8/8/22<br>FKRY 8/3/22<br>GO FU 8/3/22<br>4FCKSKS 8/2/22<br>IDGAF1 7/27/22<br>FDAVE 7/25/22<br>FF RNGR 7/25/22<br>BMFS 33 7/19/22<br>FUDUC 7/19/22<br>SLOMF 7/18/22<br>EODMF 7/1/2022<br>FN RANGR 6/21/22<br>TA92FFR 6/16/22<br>FX4 FFR 5/23/22<br>FFRANGR 5/11/22<br>PHUHKEW 5/10/22<br>O FKS 5/10/22<br>FBOBA 5/9/22<br>FU GOP 5/9/22<br>FDIPG 5/5/22<br>F RND 5/5/22<br>FCK RCSM 5/2/22<br>FCKML 4/28/22<br>TOFNSLO 4/26/22<br>F JEEPS 4/25/22<br>GFYM8 4/20/22<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22 | n/a | Friends Uncle Chuck Heart | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | RWGFY22 4/11/22<br>FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF 4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22<br>FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21 |  |  |  |  |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | PHUCKOF 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>AFNZUS 9/28/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>Approved:<br>FAAF OUT 8/4/22<br>THE F 7/15/22<br>CPLOFP 4/20/22<br>FYD BB 1/11/22 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FC KR8TM 12/27/21 LFGOOO 12/13/21 | | | | |
| DMN BABY **Approved** | 9982 | Damn Baby Similar plates reviewed: **Denied** TMGDM – 4/26/22 DMDADIE 4/21/22 DAMSAGG 12/10/21 DAMNMA 11/9/21 DAMNGNA 10/18/21 DAMDANI 9/3/21 **Approved** DMNKDS (complaint) 4/8/22 DAMKAT 1/10/22 DAM DADY 8/16/21 HOTTDAM 8/10/21 | N/A | Car is ½ demon ½ hellcat so you get a demon baby | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| PHO Q2 **Denied** | | F*ck You Too Similar plates reviewed: Denied: 2FASTFU 8/8/22 FKRY 8/3/22 GO FU 8/3/22 4FCKSKS 8/2/22 IDGAF1 7/27/22 FDAVE 7/25/22 FF RNGR 7/25/22 BMFS 33 7/19/22 FUDUC 7/19/22 SLOMF 7/18/22 EODMF 7/1/2022 FN RANGR 6/21/22 TA92FFR 6/16/22 FX4 FFR 5/23/22 FFRANGR 5/11/22 | n/a | Possible business name | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

6

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | PHUHKEW 5/10/22<br>O FKS 5/10/22<br>FBOBA 5/9/22<br>FU GOP 5/9/22<br>FDIPG 5/5/22<br>F RND 5/5/22<br>FCK RCSM 5/2/22<br>FCKML 4/28/22<br>TOFNSLO 4/26/22<br>F JEEPS 4/25/22<br>GFYM8 4/20/22<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22<br>RWGFY22 4/11/22<br>FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF 4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22<br>FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22 |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21 | | | | | |

8

WONSER_001787

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FU CNCR 9/2921<br>AFNZUS 9/28/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>Approved:<br>FAAF OUT 8/4/22<br>THE F 7/15/22<br>CPLOFP 4/20/22<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21 | | | | |

Brenda Berger
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-752-7518
bberger@dps.ohio.gov



9