An official State of Ohio site. Here's how you know

**OhioBMV**

Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

**Search By Image**

Personalized Plate Number
F46 LGB

**Check Availability**

Click *here* for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Inappropriate / Invalid Plate

**Back**

bmvonline.dps.ohio.gov

PLAINTIFF'S EXHIBIT
49

WONSER_003721