


WONSER_003723

bmvonline.dps.ohio.gov/bmvonline/oplates/specializedplates/1

An official State of Ohio site. Here's how you know ⌄

**OhioBMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## ● Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)                    **Search By Image**

Personalized Plate Number
NEGRO                                 **Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

❗ Please fix the following errors:
- Inappropriate / Invalid Plate

**Back**                              **Cancel**

WONSER_003723



WONSER_003724

WONSER_003724



WONSER_003725

WONSER_003725



WONSER_003726

WONSER_003726

An official State of Ohio site. Here's how you know ⌄

**OhioBMV** | **ONLINE SERVICES** | Home  myBMV  OPLATES  Titles  Other Services  BMV Links

### Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

[ Search By Image ]

Personalized Plate Number
RUSSIAN

[ Check Availability ]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Inappropriate / Invalid Plate

[ Back ]  [ Cancel ]


WONSER_003727

WONSER_003727



An official State of Ohio site. Here's how you know ˅

**Ohio BMV** | **ONLINE SERVICES**

Home  myBMV  OPLATES  Titles  Other Services  BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)                    ˅

[ Search By Image ]

Personalized Plate Number
BEANER

[ Check Availability ]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Inappropriate / Invalid Plate

[ Back ]                              [ Cancel ]

WONSER_003728

WONSER_003728



WONSER_003729

WONSER_003729



WONSER_003730

WONSER_003730



WONSER_003731

WONSER_003731



WONSER_003732

WONSER_003732



WONSER_003733

WONSER_003733



WONSER_003734

WONSER_003734



WONSER_003735

WONSER_003735



WONSER_003736

WONSER_003736



WONSER_003737

WONSER_003737

An official State of Ohio site. Here's how you know ˅

**OhioBMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## ● Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)                    ˅

**Search By Image**

Personalized Plate Number
WLW

**Check Availability**

**Preview**

❗ Please fix the following errors:
- Inappropriate / Invalid Plate

Click here for information about Personalized and Initial Reserve license plates.

**Back**                    **Cancel**



WONSER_003738

An official State of Ohio site. Here's how you know ⌄

**OhioBMV** | **ONLINE SERVICES**

Home myBMV OPLATES Titles Other Services BMV Links

### Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo) ⌄

**Search By Image**

Personalized Plate Number
MLW

**Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Plate is issued.

**Back**

**Cancel**

WONSER_003739

WONSER_003739

Case: 2:24-cv-02160-SDM-EPD Doc #: 12-50 Filed: 10/06/24 Page: 19 of 28 PAGEID #: 2210

An official State of Ohio site. Here's how you know ⌄

**Ohio**BMV | **ONLINE SERVICES**     Home     myBMV     OPLATES     Titles     Other Services     BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

[ Search By Image ]

Personalized Plate Number
WLM

[ Check Availability ]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Plate is issued.

[ Back ]                                    [ Cancel ]

WONSER_003740



WONSER_003740



WONSER_003741

An official State of Ohio site. Here's how you know ⌄

**Ohio BMV** | **ONLINE SERVICES**    Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

**Search By Image**

Personalized Plate Number
CIS

**Check Availability**

**Preview**

⊘ Please fix the following errors:
- Plate is issued.

Click here for information about Personalized and Initial Reserve license plates.

**Back**    **Cancel**

WONSER_003741

An official State of Ohio site. Here's how you know ⌄

**OhioBMV** | **ONLINE SERVICES**    Home    myBMV    OPLATES    Titles    Other Services    BMV Links

### Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo) ⌄

[ Search By Image ]

Personalized Plate Number
QUEER

[ Check Availability ]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Inappropriate / Invalid Plate

[ Back ]    [ Cancel ]

WONSER_003742

WONSER_003742



WONSER_003743

WONSER_003743



An official State of Ohio site. Here's how you know ⌄

**Ohio BMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

### Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)                    **Search By Image**

Personalized Plate Number
TAOIST                                **Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

*Ohio*
**TAOIST**

This plate number is currently available.

The plate selection is subject to approval by a committee. ORC 4503.10 (E) grants the Registrar of the Bureau of Motor Vehicles the authority to revoke license plates.

⇄ **Exchange My Plate**

**Back**                              **Cancel**

WONSER_003744

WONSER_003744

Case: 2:24-cv-02100-SDM-EPD Doc #: 12-50 Filed: 10/06/24 Page: 24 of 28 PAGEID #: 2215



WONSER_003745

WONSER_003745





WONSER_003746

WONSER_003746



WONSER_003747

WONSER_003747



WONSER_003748

WONSER_003748



WONSER_003749

WONSER_003749