IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WONSER, : | |
| : | |
| Plaintiff, : | Case No. 2:24-CV-02160 |
| : | |
| v. : | Judge Sarah D. Morrison |
| : | |
| CHARLES L. NORMAN, et al., : | Magistrate Judge |
| : | Elizabeth A. Preston Deavers |
| Defendants. : | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants Charles L. Norman, Andy Wilson, and Thomas Stickrath move this court pursuant to Loc. R. 7.3(a) for a 7-day extension of time to respond to Plaintiff's Motion for Preliminary Injunction (Doc. 12, filed October 7, 2024), to November 4, 2024. A Memorandum in Support is attached hereto.

/s/ Donald C. Brey
Donald C. Brey (0021965), *Trial Counsel*
Ryan C. Spitzer (0093515)
Gareth A. Whaley (0102156)
**ISAAC WILES & BURKHOLDER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
dbrey@isaacwiles.com
rspitzer@isaacwiles.com
gwhaley@isaacwiles.com
*Counsel for Defendants*

1

## MEMORANDUM IN SUPPORT

Plaintiff's Motion for a Preliminary Injunction is twenty-nine pages long, contains extensive discussion of the merits of this case, and incorporates over two thousand pages of exhibits. Defendants currently have until October 28, 2024 to prepare a memorandum in opposition. Due to the length of the motion, the number and scope of issues raised, and the volume of exhibits provided alongside, Defendants request an extension of 7 days to November 4, 2024, in order to be able to prepare a full and adequate response.

No party will be prejudiced by the requested extension. Defendants have contacted counsel for Plaintiff, who does not oppose this request. A Proposed Order granting this request has been submitted to the Court.

Respectfully submitted,

*/s/ Donald C. Brey*
Donald C. Brey (0021965), *Trial Counsel*
Ryan C. Spitzer (0093515)
Gareth A. Whaley (0102156)
**ISAAC WILES & BURKHOLDER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
dbrey@isaacwiles.com
rspitzer@isaacwiles.com
gwhaley@isaacwiles.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On October 22, 2024, a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access this filing through the Court's system.

*/s/ Donald C. Brey*
Donald C. Brey (0021965)

4866-2507-8000.1