# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WONSER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-CV-02160 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| CHARLES L. NORMAN, et al., | : | Magistrate Judge |
| | : | Elizabeth A. Preston Deavers |
| Defendants. | : | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter is before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction. The Court has reviewed the motion and finds it to be well taken. The Court hereby **GRANTS** the same. Defendants have until November 4, 2024, to respond.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

or

_____
UNITED STATES MAGISTRATE JUDGE

PREPARED BY:

*/s/ Donald C. Brey*
Donald C. Brey (0021965), *Trial Counsel*
Ryan C. Spitzer (0093515)
Gareth A. Whaley (0102156)
**ISAAC WILES & BURKHOLDER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
dbrey@isaacwiles.com
rspitzer@isaacwiles.com
gwhaley@isaacwiles.com
*Counsel for Defendants*

C:\Users\rcullison\OneDrive - Isaac Wiles\Desktop\Proposed Order Granting Extension of Time to Respond to PI.docx