# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WONSER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-CV-02160 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| CHARLES L. NORMAN, et al., | : | Magistrate Judge |
| | : | Elizabeth A. Preston Deavers |
| Defendants. | : | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter is before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction. The Court has reviewed the motion and finds it to be well taken. The Court hereby **GRANTS** the same.  Defendants have until November 4, 2024, to respond.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

or

  s/ *Elizabeth A. Preston Deavers*  
UNITED STATES MAGISTRATE JUDGE