In reviewing requests for special license plates, the BMV shall reject any request that contains words, combinations and/or phrases (in any language or when read either frontward or backward) that:

1. Are Profane (that is swearwords or expletives),

2. Obscene,

3. Sexually explicit, or

4. Scatological (having to do with fecal excrement);

5. Are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment; or

6. Advocate immediate lawlessness, or

7. Advocate lawless activities.

PLAINTIFF'S EXHIBIT 56

WONSER_003789

## How to determine if a plate is inappropriate
(After Quan Boyd (Chief) discussed during a meeting with Duke Hobson (Administrator) on 2/12/12)

1. Contains words or combinations and/or phrases in any language that are profane, obscene, sexually explicit, or scatological (excrement).

2. Words which are offensive that they could provoke a violent response from viewers without additional comment.

3. Words that advocate immediate lawlessness or advocate lawless activities

## Voting

1. Inappropriate – entire committee must agree the plate is inappropriate **and** which rule applies.
   a. When a decision of denial is made by the committee, Quan Boyd and Duke Hobson, with the Asst. Chief cc, will affirm or deny the decision.
   b. If all agree, a mass e-mail is sent, to Special Plates, VIS Management, OVS Management, OPI, DTS Help Desk, Field Operations Admin, OPLATES, and the Registrar's Office (Invalid/Inappropriate E-mail)
   **Note: If neither is available to confirm or deny, e-mail will automatically be sent.**

2. Questionable – at least one person on the committee does not agree a plate is inappropriate.

   a. An e-mail is sent to Quan Boyd for her to rule on the plate.
   b. Once a decision is made by Quan Boyd, mass e-mail (Invalid/Inappropriate) is sent.
      i. If Quan Boyd considers the plate "questionable" then she will send to Duke Hobson for a decision. (This action will continue up the chain of command until a decision is made)

## Appeals

1. Once a plate is denied, all customers have the option to appeal their selection in writing. This is usually done in one of three ways:

   a. Customer e-mails an appeal
   b. Customer faxes an appeal to 614-752-7220

REV 02-14-12-DR

WONSER_003790

    c. Customer mails their appeal to the Vehicle Information Services Section, P.O. Box 16521, Columbus, Ohio  43216

2. All appeals are reviewed by Quan Boyd and Duke Hobson. (This action will continue up the chain of command until a decision is made)

## Recalls

1. The BMV reserves the right to recall a registration if one of the above inappropriate rules applies. Recalls usually happen when:

    a. An Ohio resident emails, writes, or calls with a complaint about a plate
    b. A customer orders a replacement for their current plate and the request appears on the Daily Requisition report.

2. The same review process is completed before a recall is initiated. All recalls are reviewed by Quan Boyd and/or Brandi Crowley, Asst. Chief and Duke Hobson. (This action will continue up the chain of command until a decision is made)

REV 02-14-12-DR