IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY WONSER**,<br>            *Plaintiff*,<br>v.<br>**CHARLES L. NORMAN**, *et al.*,<br>            *Defendants*. | Case No.: 2:24-cv-02160<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth A. Preston Deavers |
| **JEFFREY WONSER'S MOTION FOR LEAVE INSTANTER<br>TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT** ||

Plaintiff Jeffrey Wonser respectfully moves for leave to file his first Amended and Supplemental Complaint, ECF #20.[1]

The supplemental complaint is necessary to reflect Defendants' ongoing—and blatant—violations of the First Amendment, including their rejection of his most recent vanity-plate application on November 1, 2024.

Mr. Wonser's amendments also (1) clarify that he is seeking relief on an Equal Protection theory; and (2) provide additional details bearing on arguments raised in Defendants' motion for judgment on the pleadings, permitting the Court to address those issues more definitively on its first review, rather than requiring amendments and another round of briefing in the event the Court finds any deficiencies in the initial Complaint.

Mr. Wonser therefore requests the Court's leave to amend and supplement his complaint.

---

[1] Consistent with Loc.R. 7.3, Mr. Wonser has identified the amendment as a filing to which other parties might reasonably be expected to give their consent and solicit their consent to the filing on November 4. Defendants however, have not consented to amendment.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiff Jeffrey Wonser*

### CERTIFICATE OF SERVICE

I certify that on November 8, 2024, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(1).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiff Jeffrey Wonser*