IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JEFFREY WONSER,**<br>　　　　　*Plaintiff,*<br>v.<br>**CHARLES L. NORMAN,** *et al.*,<br>　　　　　*Defendants.* | Case No.: 2:24-cv-02160<br><br>Judge Sarah D. Morrison<br>Magistrate Judge Elizabeth A. Preston Deavers |
| **UNOPPOSED MOTION FOR AN EXTENSION OF TIME** ||

　　　　Plaintiff Jeffrey Wonser respectfully moves for an extension of time to oppose Defendants' motion for judgment on the pleadings.

　　　　Mr. Wonser is planning to file an amended complaint that would moot Defendants' motion. *Green v. Cornerstone Servs., Inc.*, No. 1:20-CV-706, 2024 WL 3342489, at *4 (S.D. Ohio July 9, 2024) ("An amended complaint generally supersedes the original complaint, thus making a pending dispositive motion moot."). Pursuant to Loc.R. 7.3, he has requested Defendants' consent to the amendment and is awaiting a response. In the meantime, the parties have agreed to a seven-day extension of time to file Mr. Wonser's opposition to the motion for judgment on the pleadings, should doing so be necessary.

　　　　Mr. Wonser therefore requests an additional 7 days—until November 15, 2025—to file his brief opposing Defendants' motion for judgment on the pleadings.

　　　　Defendants do not oppose this motion.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiff Jeffrey Wonser*

### CERTIFICATE OF SERVICE

I certify that on November 3, 2024, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(1).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiff Jeffrey Wonser*