IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY WONSER,**<br>　　　　　　*Plaintiff,*<br>v.<br>**CHARLES L. NORMAN,** *et al.*,<br>　　　　　　*Defendants.* | Case No.: 2:24-cv-02160<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth A. Preston Deavers |
| **JEFFREY WONSER'S OPPOSITION TO<br>DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** ||

　　　Plaintiff Jeffrey Wonser respectfully opposes Defendants' motion for judgment on the pleadings (ECF #9).

　　　As laid out in his motion, the Court should grant Mr. Wonser leave to file his Amended and Supplemental Complaint (ECF #21), and the Court should therefore deny Defendants' motion as moot. *Lloyd v. Pokorny*, No. 2:20-CV-2928, 2020 WL 3893709, at *2 (S.D. Ohio July 10, 2020) ("[C]ourts in this Circuit will deny Rule 12 motions as moot after a plaintiff subsequently files an amended complaint.").

　　　If the Court rejects his motion for leave to amend, Mr. Wonser would incorporate the statute-of-limitations and First Amendment arguments from his reply brief in support of his motion for a preliminary injunction (ECF #23) and request that the Court grant him an additional 14 days in which to fully respond to the motion for judgment on the pleadings.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiff Jeffrey Wonser*

### CERTIFICATE OF SERVICE

I certify that on November 11, 2024, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(1).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiff Jeffrey Wonser*