**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:22-cv-4458 | 2:23-cv-4189 | 2:24-cv-3682 |
| 2:23-cv-0295 | 2:24-cv-0132 | 2:24-cv-3683 |
| 2:23-cv-0885 | 2:24-cv-190  | 2:24-cv-3698 |
| 2:23-cv-1107 | 2:24-cv-1150 | 2:24-cv-3758 |
| 2:23-cv-1448 | 2:24-cv-1213 | 2:24-cv-3769 |
| 2:23-cv-2466 | 2:24-cv-1261 | 2:24-cv-3873 |
| 2:23-cv-2823 | 2:24-cv-1272 | 2:24-cv-3895 |
| 2:23-cv-2879 | 2:24-cv-1302 | |
| 2:23-cv-3175 | 2:24-cv-1461 | |
| 2:23-cv-3518 | 2:24-cv-1790 | |
| 2:23-cv-3691 | 2:24-cv-2047 | |
| 2:23-cv-3753 | 2:24-cv-2076 | |
| 2:23-cv-3946 | 2:24-cv-2160 | |
| 2:23-cv-3969 | 2:24-cv-2458 | |
| 2:23-cv-4015 | 2:24-cv-3124 | |
| 2:23-cv-4102 | 2:24-cv-3375 | |

**NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **January 2025**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on December 2, 2024** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio