# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JEFFREY WONSER,**

    **Plaintiff,**

                              **Civil Action 2:24-cv-2160**
   v.                           **Chief Judge Sarah D. Morrison**
                              **Magistrate Judge Elizabeth P. Deavers**

**CHARLES L. NORMAN,** *et al.,*

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Modify the Case Management Order. (ECF No. 31.) Through this motion, Plaintiff seeks a 90-day extension of the discovery deadline and states that "[t]he motion is not unopposed." (*Id.* at 2.) The default briefing rules shall not apply. Defendants shall file any response to the motion on or before Monday April 21, 2025. No reply shall be filed unless ordered by the Court.

    **IT IS SO ORDERED.**

Date: April 17, 2025                                                      /s/ *Elizabeth A. Preston Deavers*
                                                                      ELIZABETH A. PRESTON DEAVERS
                                                                      UNITED STATES MAGISTRATE JUDGE