# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JEFFREY WONSER,**

      **Plaintiff,**

      v.                                        **Civil Action 2:24-cv-2160**
                                                **Chief Judge Sarah D. Morrison**
**CHARLES L. NORMAN, *et al.*,**        **Magistrate Judge Elizabeth P. Deavers**

      **Defendants.**

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Modify the Case Management Order seeking a 90-day extension of the discovery deadline. (ECF No. 31.)

Minimal discussion is warranted here. Plaintiff's two-page Motion, filed after the Court-ordered discovery deadline, and more than thirty days after Plaintiff's receipt of Defendants' most recent discovery responses, fails to set forth the required good cause under Fed.R.Civ.P. 16(b)(4). As Defendants accurately assess, Plaintiff fails to address how much discovery he believes remains to be conducted, "does not argue that [he] would be prejudiced by the denial of his motion, does not offer any explanation of why he could not have moved for an extension prior to the close of discovery, and does not argue that Defendants would not be prejudiced by an extension." (ECF No. 33 at 2.) As Defendants also correctly note, Plaintiff fails to cite any supporting authority. At best, Plaintiff seems to have taken an opportunity to critique Defendants' litigation conduct under the guise of a motion. In the absence of any serious effort to meaningfully support his extension request, Plaintiff's Motion (ECF No. 31) is **DENIED.**

      **IT IS SO ORDERED.**

Date: April 24, 2025	/s/ *Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE