IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WONSER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-CV-02160 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| CHARLES L. NORMAN, et al., | : | Magistrate Judge |
| | : | Elizabeth A. Preston Deavers |
| Defendants. | : | |

**JOINT MOTION FOR EXTENSION
OF THE DISPOSITIVE MOTION DEADLINE**

Pursuant to S.D. Loc. R. 7.2, 7.3, and this Court's Standing Order for Civil Cases (the "Standing Order"), Plaintiff Jeffrey Wonser and Defendants Charles Norman, Thomas Stickrath, and Andy Wilson (together, the "Parties") move this Court for a three-week extension of the dispositive motion deadline for all parties in this case.

The reasons for this Motion are outlined in the attached Memorandum in Support. No prior extensions have been requested or granted. Consistent with the Court's Local Rules and the Standing Order, the undersigned counsel contacted Plaintiff's counsel, who did not object to the extension of the dispositive motion deadline and agreed to make the filing a joint motion.

A proposed Order is attached for the Court's consideration.

                                                        Respectfully submitted,

                                                        */s/ Ryan C. Spitzer*
                                                        Donald C. Brey (0021965), *Trial Counsel*
                                                        Ryan C. Spitzer (0093515)
                                                        Gareth A. Whaley (0102156)
                                                        **ISAAC WILES BURKHOLDER & MILLER, LLC**
                                                        Two Miranova Place, Suite 700
                                                        Columbus, Ohio 43215-5098
                                                        dbrey@isaacwiles.com
                                                        rspitzer@isaacwiles.com
                                                        gwhaley@isaacwiles.com

*Counsel for Defendants*

## MEMORANDUM IN SUPPORT

The Parties' Dispositive Motion Deadline is May 16, 2025. (ECF No. 8). The Parties jointly move this Court for an Order extending the dispositive motion deadline twenty-one days, or until June 6, 2025.

This extension is necessary due to Attorney Whaley being on his honeymoon through May 27, 2025. Attorney Whaley has been Defendants' principal attorney on this case. Further, Attorney Whaley was the primary attorney responsible for conducting and exchanging discovery with Plaintiff's counsel. This Motion essentially seeks an eleven (11) day extension from Attorney Whaley's return from his honeymoon.

As a result, the Parties hereby jointly request that the Court grant the attached proposed Order providing for the following modified case schedule deadlines:

- Dispositive Motion Deadline – June 6, 2025
- Deadline to file Memoranda in Opposition to Dispositive Motions – June 27, 2025
- Reply Briefs in Support of Dispositive Motion – July 11, 2025

For these reasons, the Parties respectfully request an Order extending the dispositive motion deadline to June 6, 2025.

Respectfully submitted,

*/s/ Ryan C. Spitzer*
Donald C. Brey (0021965), *Trial Counsel*
Ryan C. Spitzer (0093515)
Gareth A. Whaley (0102156)
**ISAAC WILES & BURKHOLDER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
dbrey@isaacwiles.com
rspitzer@isaacwiles.com
gwhaley@isaacwiles.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 14, 2025, a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Ryan C. Spitzer*
Ryan C. Spitzer (0093515)

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WONSER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-CV-02160 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| CHARLES L. NORMAN, et al., | : | Magistrate Judge |
| | : | Elizabeth A. Preston Deavers |
| Defendants. | : | |

## ORDER GRANTING EXTENSION

For the reasons set forth in the Parties' Joint Motion for Extension of the Dispositive Motion Deadline, the Parties' motion is hereby **GRANTED**. The Parties shall file Dispositive Motions on or before June 6, 2025, Memoranda in Opposition to Dispositive Motions on or before June 27, 2025, and Reply Briefs in Support of Dispositive Motions on or before July 11, 2025.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

_____
Date

4