**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY WONSER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-CV-02160 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| CHARLES L. NORMAN, et al., | : | Magistrate Judge |
| | : | Elizabeth A. Preston Deavers |
| Defendants. | : | |

## ORDER GRANTING EXTENSION

For the reasons set forth in the Parties' Joint Motion for Extension of the Dispositive Motion Deadline, the Parties' motion is hereby **GRANTED**. The Parties shall file Dispositive Motions on or before June 6, 2025, Memoranda in Opposition to Dispositive Motions on or before June 27, 2025, and Reply Briefs in Support of Dispositive Motions on or before July 11, 2025.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　s/ *Elizabeth A. Preston Deavers*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


　　　　　　　　　　　　　　　　　　　　　　 May 15, 2025
　　　　　　　　　　　　　　　　　　　　　　Date

4