IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY WONSER**,<br>　　　　　*Plaintiff*,<br>v.<br>**CHARLES L. NORMAN**, *et al.*,<br>　　　　　*Defendants*. | Case No.: 2:24-cv-02160<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Elizabeth A. Preston Deavers |
| **JEFFREY WONSER'S NOTICE OF APPEAL** | |

Plaintiff Jeffrey Wonser respectfully gives notice of appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entry of the United States District Court for the Southern District of Ohio entered on June 11, 2025.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/Brian D. Bardwell*
　　　　　　　　　　　　　　　　　　　Brian D. Bardwell (0098423)
　　　　　　　　　　　　　　　　　　　Speech Law, LLC
　　　　　　　　　　　　　　　　　　　4403 Saint Clair Ave, Suite 400
　　　　　　　　　　　　　　　　　　　Cleveland, OH 44103-1125
　　　　　　　　　　　　　　　　　　　216-912-2195 Phone/Fax
　　　　　　　　　　　　　　　　　　　brian.bardwell@speech.law
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Jeffrey Wonser*

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2025, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(1).

　　　　　　　　　　　　　　　　　　　*/s/Brian D. Bardwell*
　　　　　　　　　　　　　　　　　　　Brian D. Bardwell (0098423)
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Jeffrey Wonser*